**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISMAEL GARCIA, | ) NO. CV 08-4293-MAN |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| JOSEPH NORWOOD, WARDEN, | ) |
| Respondent. | ) |

   Pursuant to the Court's Order Granting Motion and Dismissing Petition,

   IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: October 8, 2008.

                                          /s/
                                  MARGARET A. NAGLE
                           UNITED STATES MAGISTRATE JUDGE